JULIE R. PATTEN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:      (406) 657-6101
FAX:         (406) 657-6989
E-mail:      Julia.Patten@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DION ANDRE DAVIS II,<br><br>Defendant. | CR 25-62-BLG-SPW<br><br><br><br>**MOTION FOR WRIT OF HABEAS CORPUS** *(AD PROSEQUENDUM)* |
|---|---|

The United States of America, represented by Julie R. Patten, Assistant United States Attorney for the District of Montana, petitions the Court to issue a Writ of Habeas Corpus directing the Warden of California State Prison Solano, Vacaville, California, and Craig J. Anderson, United States Marshal for the District of Montana, to bring **Dion Andre Davis II** before the Court at the following time

1

and place:

    TIME/DATE:    September 4, 2025, at 9:00 a.m.

    PLACE:    James F. Battin U.S. Courthouse
        2601 Second Avenue North
        Billings, Montana 59101

The presence of **Dion Andre Davis II** is needed to permit him to answer to the indictment charging him in count 1 with conspiracy to possess with intent to distribute and to distribute controlled substances (21 U.S.C. § 846); in count 2 with possession with intent to distribute controlled substances (21 U.S.C. § 841(a)(1); and in count 4 with conspiracy to commit money laundering (18 U.S.C. § 1956(h)).

On May 23, 2025, the indictment was filed. A warrant for **Dion Andre Davis II's** appearance was filed by the Court on May 23, 2025. **Dion Andre Davis II** is presently confined at the California State Prison Solano in Vacaville, California, and therefore cannot appear before this Court unless this Writ is issued.

DATED this 3rd day of June, 2025.

        KURT G. ALME
        United States Attorney

        */s/ Julie R. Patten*
        JULIE R. PATTEN
        Assistant U.S. Attorney