Juli M. Pierce
JULI PIERCE LAW PLLC
301 N. 27th St., Suite 301
Billings, MT 59101
Telephone: (406) 451-0118
Email: juli@julipierce.com

Attorney for Ms. Hill

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTINA LAVON HILL, NATHAN WILNAU, DION ANDRE DAVIS II, DAVIOUS ARJHAN GREENWOOD-JAMES, TYLER CHRISTOPHER TAINTER-GALLON, and BONNIE CHU, <br><br> Defendants. | Case No. CR-25-062-BLG-SPW-01 <br><br> **DEFENDANT CHRISTINA LAVON HILL'S UNOPPOSED MOTION FOR DETENTION HEARING** |

Defendant Christina Lavon Hill, by and through her counsel of record Juli M. Pierce, respectfully requests this Court set a detention hearing in this matter.

Ms. Hill is currently in the custody of the U.S. Marshal's Office at the Yellowstone County Detention Facility (YCDF). Undersigned counsel has been in communication with the United States Probation Office to attempt to schedule a

meeting with Ms. Hill at the YCDF for a pretrial services interview.

Counsel contacted Julie Patten, Assistant United States Attorney, and she does not object to a detention hearing being set.

For the Court's reference, the undersigned will be **available** for a detention hearing on the following dates in July and August: July 22, 2025, in the morning, July 24, 2025, at 9 a.m., July 29, 2025, between 1-5 p.m., July 31, 2025, in the morning, and August 1, 2025, between 10 a.m. and 5 p.m.

RESPECTFULLY SUBMITTED this 16th day of July 2025.

JULI PIERCE LAW PLLC

By _/s/ Juli M. Pierce_____
  JULI M. PIERCE
  Attorney for Ms. Hill

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, copy of the foregoing document was served on the following persons electronically through CM-ECF:

Clerk, United States District Court

Julie Patten
Assistant United States Attorney
2601 2nd Avenue North, Ste. 3200
Billings, MT 59101
Counsel for the United States

I hereby certify that a copy will be mailed to Christina Hill at the YCDF in Billings, Montana, in by July 16, 2025.

By   */s/ Juli M. Pierce*
JULI M. PIERCE
Attorney for Ms. Hill