# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:25–mj–06332–MPK All Defendants

Case title: USA v. TAINTER–GALLON

Date Filed: 07/29/2025

Date Terminated: 07/29/2025

---

Assigned to: Magistrate Judge M. Page Kelley

**Defendant (1)**

**TYLER CHRISTOPHER TAINTER–GALLON**
*TERMINATED: 07/29/2025*

represented by **Eliza Jimenez**
Federal Public Defender Office
Boston
51 Sleeper St
5th Floor
Boston, MA 02210
617–223–8061
Email: eliza_jimenez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 21 U.S.C. §§ 846 – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, 21 U.S.C. §§ 846, 841(a)(1) and 18 U.S.C. §§ 2 – Possession with Intent to Distribute Controlled Substances, 18 U.S.C. §§ 2, 1956(h) – Conspiracy to Commit Money Laundering | |

---

**Plaintiff**

**USA**

represented by **Kaitlin O'Donnell**
United States Attorney's Office MA
1 Courthouse Way
Suite 9200

Boston, MA 02210
617–748–3645
Email: Kaitlin.Odonnell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2025 | | Arrest (Rule 5) of TYLER CHRISTOPHER TAINTER–GALLON (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 1 | ELECTRONIC NOTICE OF HEARING as to TYLER CHRISTOPHER TAINTER–GALLON Initial Appearance – Rule 5 set for 7/29/2025 02:30 PM in Courtroom 24 (In person only) before Magistrate Judge M. Page Kelley. (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 2 | ELECTRONIC NOTICE of Case Assignment as to TYLER CHRISTOPHER TAINTER–GALLON; Magistrate Judge M. Page Kelley assigned to case. (CS) (Entered: 07/29/2025) |
| 07/29/2025 | 3 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Initial Appearance in Rule 5(c)(3) Proceedings as to TYLER CHRISTOPHER TAINTER–GALLON held on 7/29/2025. The Court advised the defendant of his rights and the charges against him. The defendant submitted a financial affidavit and the Court appointed attorney Jimenez to represent the defendant. The government stated the maximum penalties and did not seek detention but rather moved for release on conditions. The Court heard from the parties and probation as to the proposed conditions. The Court informed the defendant of his conditions of release. The defendant waived his rights to an Identity Hearing. A rule 20 colloquy was given. The court found that defendant Tyler Christopher Tainter–Gallon is the named person in the charging document. The Court finds that the government has produced a reliable form of the warrant. The Court released the defendant on conditions of release. The order for removal will be issued. (Attorneys present: Jimenez, O'Donnell, Skehill PO.)Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 4 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER APPOINTING FEDERAL DEFENDER PROGRAM as to TYLER CHRISTOPHER TAINTER–GALLON (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 5 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) entered as to TYLER CHRISTOPHER TAINTER–GALLON. (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 6 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER Setting Conditions of Release as to TYLER CHRISTOPHER TAINTER–GALLON. (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 8 | Unsecured Bond Entered as to TYLER CHRISTOPHER TAINTER–GALLON in amount of $ 20,000.00. (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 9 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER OF REMOVAL to District of District of Montana, Billings Division as to TYLER CHRISTOPHER TAINTER–GALLON (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 10 | Notice to District of Montana, Billings Division of a Rule 5 or Rule 32 Initial Appearance as to TYLER CHRISTOPHER TAINTER–GALLON. Your case number is: 25–cr–00062–SPW. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to mad_certcopy@mad.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (LTV) (Entered: 07/29/2025) |

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

USA

v.

**TYLER CHRISTOPHER TAINTER−GALLON**

Criminal Action No.
**1:25−MJ−06332−MPK**

## ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)

**M. Page Kelley U.S.M.J.**

Pursuant to the Due Process Protections Act, Public Law 116−182, 134 Sta. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, this court issues the following Order.  The United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant[s], that is, all evidence that is material and favorable to the defendant[s] or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny.  Specific categories for exculpatory evidence that must be provided to the defense are set out in Local Rule 116.2.  The failure to comply with this Order may result in consequences including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the court.

**/s/ − M. Page Kelley**

Dated:  July 29, 2025

UNITED STATES MAGISTRATE JUDGE

AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                                    Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:25-mj-06332-MPK-1 |
| Tyler Christopher Tainter-Gallon | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                          *Place*

_____

on  _____
                                                        *Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 09/24) Additional Conditions of Release                                          Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
        Person or organization _____
        Address *(only if above is an organization)* _____
        City and state _____   Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                            Signed: _____    _____
                                              *Custodian*                    *Date*

( ☑ )  (7)  The defendant must:
    ( ☑ )  (a)  submit to supervision by and report for supervision to the   U.S. Probation and Pretrial Services as directed   ,
              telephone number _____ , no later than _____ .
    ( ☑ )  (b)  continue or actively seek employment.
    ( ☐ )  (c)  continue or start an education program.
    ( ☑ )  (d)  surrender any passport to:      Us. Probation in Montana _____
    ( ☑ )  (e)  not obtain a passport or other international travel document.
    ( ☐ )  (f)  abide by the following restrictions on personal association, residence, or travel:   California and Montana ____

    ( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
              including:   but not limited to: co-defendants, unless in the presence of counsel. AUSA to provide a list to the parties. ____

    ( ☐ )  (h)  get medical or psychiatric treatment: _____

    ( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
              or the following purposes: _____

    ( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
              necessary.
    ( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
    ( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
    ( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
              medical practitioner.
    ( ☐ )  (n)  submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with
              random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of
              prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and
              accuracy of substance screening or testing of prohibited substances.
    ( ☐ )  (o)  participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising
              officer.
    ( ☐ )  (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as
              directed, including not consuming alcohol.
              ( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as
                 determined by the pretrial services or supervising officer.
    ( ☐ )  (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.
              i. Following the location restriction component (check one):
                  ( ☐ ) (1)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
                        directed by the pretrial services office or supervising officer; or
                  ( ☐ ) (2)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
                        medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities
                        approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
                  ( ☐ ) (3)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and
                        court appearances or activities specifically approved by the court; or
                  ( ☐ ) (4)  **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions.
                        However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring
                        should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

AO 199B (Rev. 09/24) Additional Conditions of Release

Page _3_ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

(ii)  submit to the following location monitoring technology **(check one)**:

    ( ☐ ) (1)   Location monitoring technology as directed by the pretrial services or supervising officer; or

    ( ☐ ) (2)   GPS; or

    ( ☐ ) (3)   Radio Frequency; or

    ( ☐ ) (4)   Voice Recognition; or

    ( ☐ ) (5)   Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii)  ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☐ )  (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. **(Report within 24 hours)**

( ☑ )  (s)  Resides with mother

No international travel

Maintain employment

Report to District of Montana by close of business day on 7/30/2025.

AO 199C  (Rev. 09/08)  Advice of Penalties                                                                 Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.
(     )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____7/29/2025_____          _____
                                                                /s/ Leonardo T. Vieira
                                                                Judicial Officer's Signature

                                                      _____
                                                                Leonardo T. Vieira, Deputy Clerk
                                                                Printed name and title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Tyler Christopher Tainter-Gallon | ) | Case No.  1:25-mj-06332-MPK-1 |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Tyler Christopher Tainter-Gallon _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;

( X )   if convicted, to surrender to serve a sentence that the court may impose; or

( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(     ) (1)   This is a personal recognizance bond.

( X ) (2)   This is an unsecured bond of $ __20,000.00_____ .

(     ) (3)   This is a secured bond of $ _____ , secured by:

(     ) (a)  $ _____ , in cash deposited with the court.

(     ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(     ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Case 1:25-mi-06332-MPK    Document 8    Filed 07/29/25    Page 2 of 2
Case 1:25-cr-00062-SPW    Document 57    Filed 07/29/25    Page 9 of 23

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;

(2)    the property is not subject to claims, except as described above; and

(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 7/29/2025

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

### CLERK OF COURT

Date: 07/29/2025

_____
/s/ Leonardo T. Vieira, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 07/29/2025

_____
/s/ M. Page Kelley
*Judge's signature*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

25-mj-06332-MPK

UNITED STATES OF AMERICA

v.

TYLER CHRISTOPHER TAINTER-GALLON

**RULE 5 ORDER OF REMOVAL**

July 29, 2025

Kelley, U.S.M.J.

Defendant was arrested in this District in connection with a case in the District of
Montana, Billings Division, 25-cr-00062-SPW, where he is charged with Conspiracy to Possess
with Intent to Distribute and to Distribute Controlled Substances, among other charges.

He had an initial appearance today at which he waived an identity hearing and I found
that he was the person in the charging petition. A valid arrest warrant was presented to the court.
I informed defendant of the provisions of Rule 20 of the Federal Rules of Criminal Procedure.

Defendant requested a detention hearing here, and I released him without objection by the
government on certain conditions, including that he go to Montana tomorrow and appear in
court. I note that because he was not interviewed by U.S. Probation, he will be interviewed in
Montana and the court there will reassess his conditions including whether he should be
detained. He stated on the record that he understood this and accepted this.

WHEREFORE, the defendant is ORDERED removed to the District of Montana and
further, the defendant is ORDERED to appear before the United States District Court for that
District whenever ordered to do so by that Court.

  /s/ Page Kelley
Page Kelley

1

United States Magistrate Judge

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: <u>1:25−mj−06332−MPK</u> All Defendants

Case title: USA v. TAINTER−GALLON

Date Filed: 07/29/2025

Date Terminated: 07/29/2025

Assigned to: Magistrate Judge M.
Page Kelley

**<u>Defendant (1)</u>**

**TYLER CHRISTOPHER**       represented by  **Eliza Jimenez**
**TAINTER−GALLON**                       Federal Public Defender Office
*TERMINATED: 07/29/2025*            Boston
51 Sleeper St
5th Floor
Boston, MA 02210
617−223−8061
Email: <u>eliza_jimenez@fd.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**<u>Pending Counts</u>**                           **<u>Disposition</u>**

None

**<u>Highest Offense Level (Opening)</u>**

None

**<u>Terminated Counts</u>**                     **<u>Disposition</u>**

None

**<u>Highest Offense Level</u>**
**<u>(Terminated)</u>**

None

**<u>Complaints</u>**                              **<u>Disposition</u>**

21 U.S.C. §§ 846 − Conspiracy to
Possess with Intent to Distribute and
to Distribute Controlled Substances,
21 U.S.C. §§ 846, 841(a)(1) and 18
U.S.C. §§ 2 − Possession with Intent

to Distribute Controlled Substances,
18 U.S.C. §§ 2, 1956(h) −
Conspiracy to Commit Money
Laundering

**Plaintiff**

**USA**                                        represented by    **Kaitlin O'Donnell**
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
617−748−3645
Email: Kaitlin.Odonnell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2025 | | Arrest (Rule 5) of TYLER CHRISTOPHER TAINTER−GALLON (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 1 | ELECTRONIC NOTICE OF HEARING as to TYLER CHRISTOPHER TAINTER−GALLON Initial Appearance − Rule 5 set for 7/29/2025 02:30 PM in Courtroom 24 (In person only) before Magistrate Judge M. Page Kelley. (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 2 | ELECTRONIC NOTICE of Case Assignment as to TYLER CHRISTOPHER TAINTER−GALLON; Magistrate Judge M. Page Kelley assigned to case. (CS) (Entered: 07/29/2025) |
| 07/29/2025 | 3 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Initial Appearance in Rule 5(c)(3) Proceedings as to TYLER CHRISTOPHER TAINTER−GALLON held on 7/29/2025. The Court advised the defendant of his rights and the charges against him. The defendant submitted a financial affidavit and the Court appointed attorney Jimenez to represent the defendant. The government stated the maximum penalties and did not seek detention but rather moved for release on conditions. The Court heard from the parties and probation as to the proposed conditions. The Court informed the defendant of his conditions of release. The defendant waived his rights to an Identity Hearing. A rule 20 colloquy was given. The court found that defendant Tyler Christopher Tainter−Gallon is the named person in the charging document. The Court finds that the government has produced a reliable form of the warrant. The Court released the defendant on conditions of release. The order for removal will be issued. (Attorneys present: Jimenez, O'Donnell, Skehill PO.)Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (LTV) (Entered: 07/29/2025) |

| 07/29/2025 | 4 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER APPOINTING FEDERAL DEFENDER PROGRAM as to TYLER CHRISTOPHER TAINTER−GALLON (LTV) (Entered: 07/29/2025) |
|---|---|---|
| 07/29/2025 | 5 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) entered as to TYLER CHRISTOPHER TAINTER−GALLON. (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 6 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER Setting Conditions of Release as to TYLER CHRISTOPHER TAINTER−GALLON. (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 8 | Unsecured Bond Entered as to TYLER CHRISTOPHER TAINTER−GALLON in amount of $ 20,000.00. (LTV) (Entered: 07/29/2025) |
| 07/29/2025 | 9 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER OF REMOVAL to District of District of Montana, Billings Division as to TYLER CHRISTOPHER TAINTER−GALLON (LTV) (Entered: 07/29/2025) |

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **USA** | |
| | Criminal Action No. |
| v. | **1:25−MJ−06332−MPK** |
| **TYLER CHRISTOPHER TAINTER−GALLON** | |

## ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)

**M. Page Kelley U.S.M.J.**

  Pursuant to the Due Process Protections Act, Public Law 116−182, 134 Sta. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, this court issues the following Order.  The United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant[s], that is, all evidence that is material and favorable to the defendant[s] or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny.  Specific categories for exculpatory evidence that must be provided to the defense are set out in Local Rule 116.2.  The failure to comply with this Order may result in consequences including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the court.

/s/ − **M. Page Kelley**

Dated:  July 29, 2025                    UNITED STATES MAGISTRATE JUDGE

AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                                        Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Tyler Christopher Tainter-Gallon | ) | Case No.   1:25-mj-06332-MPK-1 |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

<em>Place</em>

on _____

<em>Date and Time</em>

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

5

AO 199B (Rev. 09/24) Additional Conditions of Release                                    Page  2  of  4  Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

  IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
  Person or organization _____
  Address *(only if above is an organization)* _____
  City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                        Signed: _____       _____
                                         Custodian                                  Date

( ☑ )  (7)  The defendant must:
  ( ☑ )  (a)  submit to supervision by and report for supervision to the   U.S. Probation and Pretrial Services as directed  ,
        telephone number _____ , no later than _____ .
  ( ☑ )  (b)  continue or actively seek employment.
  ( ☐ )  (c)  continue or start an education program.
  ( ☑ )  (d)  surrender any passport to:    Us. Probation in Montana _____
  ( ☑ )  (e)  not obtain a passport or other international travel document.
  ( ☐ )  (f)  abide by the following restrictions on personal association, residence, or travel:    California and Montana _____
  ( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
        including:  but not limited to: co-defendants, unless in the presence of counsel. AUSA to provide a list to the parties. ____
  ( ☐ )  (h)  get medical or psychiatric treatment: _____
  ( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
        or the following purposes: _____
  ( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
        necessary.
  ( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
  ( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
        medical practitioner.
  ( ☐ )  (n)  submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with
        random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of
        prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and
        accuracy of substance screening or testing of prohibited substances.
  ( ☐ )  (o)  participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising
        officer.
  ( ☐ )  (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as
        directed, including not consuming alcohol.
        ( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as
             determined by the pretrial services or supervising officer.
  ( ☐ )  (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.
        i. Following the location restriction component (check one):
        ( ☐ ) (1)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
             directed by the pretrial services office or supervising officer; or
        ( ☐ ) (2)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
             medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities
             approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
        ( ☐ ) (3)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and
             court appearances or activities specifically approved by the court; or
        ( ☐ ) (4)  **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions.
             However, you must comply with the location or travel restrictions as imposed by the court. Note: Stand-alone monitoring
             should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

AO 199B (Rev. 09/24) Additional Conditions of Release

Page _3_ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

    (ii)  submit to the following location monitoring technology (**check one**):

        ( ☐ ) (1)  Location monitoring technology as directed by the pretrial services or supervising officer; or
        ( ☐ ) (2)  GPS; or
        ( ☐ ) (3)  Radio Frequency; or
        ( ☐ ) (4)  Voice Recognition; or
        ( ☐ ) (5)  Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

    (iii)  ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☐ )  (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. (**Report within 24 hours**)

( ☑ )  (s)  Resides with mother

              No international travel

              Maintain employment

              Report to District of Montana by close of business day on 7/30/2025.

7

AO 199C  (Rev. 09/08)  Advice of Penalties                                                      Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(    ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____7/29/2025_____          _____
                                                  /s/ Leonardo T. Vieira
                                                  Judicial Officer's Signature

                                                  _____
                                                  Leonardo T. Vieira, Deputy Clerk
                                                  Printed name and title

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

8

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Tyler Christopher Tainter-Gallon | ) | Case No.  1:25-mj-06332-MPK-1 |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Tyler Christopher Tainter-Gallon _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;
( X )    if convicted, to surrender to serve a sentence that the court may impose; or
( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)   This is a personal recognizance bond.

( X ) (2)   This is an unsecured bond of $ __20,000.00_____ .

(   ) (3)   This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

     If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:  7/29/2025 \
_____                  _____
                                                            *Defendant's signature*

_____                  _____
   *Surety/property owner – printed name*                          *Surety/property owner – signature and date*

_____                  _____
   *Surety/property owner – printed name*                          *Surety/property owner – signature and date*

_____                  _____
   *Surety/property owner – printed name*                          *Surety/property owner – signature and date*

*CLERK OF COURT*

Date:  07/29/2025                          /s/ Leonardo T. Vieira, Deputy Clerk
                                           *Signature of Clerk or Deputy Clerk*

Approved.

Date:  07/29/2025                               /s/ M. Page Kelley
                                             *Judge's signature*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

25-mj-06332-MPK

UNITED STATES OF AMERICA

v.

TYLER CHRISTOPHER TAINTER-GALLON

**RULE 5 ORDER OF REMOVAL**

July 29, 2025

Kelley, U.S.M.J.

Defendant was arrested in this District in connection with a case in the District of Montana, Billings Division, 25-cr-00062-SPW, where he is charged with Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, among other charges.

He had an initial appearance today at which he waived an identity hearing and I found that he was the person in the charging petition. A valid arrest warrant was presented to the court. I informed defendant of the provisions of Rule 20 of the Federal Rules of Criminal Procedure.

Defendant requested a detention hearing here, and I released him without objection by the government on certain conditions, including that he go to Montana tomorrow and appear in court. I note that because he was not interviewed by U.S. Probation, he will be interviewed in Montana and the court there will reassess his conditions including whether he should be detained. He stated on the record that he understood this and accepted this.

WHEREFORE, the defendant is ORDERED removed to the District of Montana and further, the defendant is ORDERED to appear before the United States District Court for that District whenever ordered to do so by that Court.

 /s/ Page Kelley
Page Kelley

1

11

United States Magistrate Judge