CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MAYA KARWANDE (CABN 295554)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Maya.Karwande@usdoj.gov

Attorneys for United States of America

FILED

Jul 11 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BONNIE CHU, <br><br> Defendant. | CASE NO. 3:25-mj-70856 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on July 10, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the District of Montana, Case Number CR-25-62-BLG-SPW-6.

In that case (copy of indictment attached), the defendant is charged with a violations of 21 U.S.C. § 846; 21 U.S.C. § 841)(a)(1); and 18 U.S.C. § 1956(h).

v. 7/10/2018

Description of Charges: Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances (21 U.S.C. § 846); Possession with Intent to Distribute Controlled Substances (21 U.S.C. § 841(a)(1), 18 U.S.C. § 2); Distribution of Methamphetamine (21 U.S.C. 841(a)(1)); and Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h)).

The maximum penalties are as follows:

21 U.S.C. § 846, 841(a)(1): Max: Life, Minimum 10 years, Supervised release: max: life, minimum 5 years, $10,000,000 fine, forfeiture, denial of federal benefits, special assessment.:

18 U.S.C. § 1956(h): Max: 20 years, Supervised release: 3 years, $500,000 fine or twice the value of the monetary instrument or funds involved, forfeiture, restitution, denial of federal benefits, special assessment.:

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: July 10, 2025

MAYA KARWANDE
Assistant United States Attorney

| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 21 mins | | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | | DEPUTY CLERK<br>Julia Macias | | | REPORTER/DIGITAL RECORDING:<br>11:39am-12:00pm | | |
| MAGISTRATE JUDGE<br>Peter H. Kang | | | DATE<br>7/11/2025 | | | NEW CASE ☐ | CASE NUMBER<br>3:25-mj-70856-MAG | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Bonnie Chu | AGE<br>38 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ana Botello | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>George Hageman for Maya Karwande | | | INTERPRETER | | FIN. AFFT ☒<br>SUBMITTED | COUNSEL APPT'D ☒ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Hannah DeBois | | DEF ELIGIBLE FOR ☒<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>Held - Rule 5 | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER:<br>Denial of Forfeiture Allegations |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>7/15/2025 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT:<br>10:30am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>Kang | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

DPPA; advised. The defendant is advised of her rights under the Vienna Convention. The defendant does not pursue her rights under Rule 20. Defendant waives identity hearing and right to transfer right to transfer proceedings. Court orders PTS to produce pretrial bail report.

DOCUMENT NUMBER:

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:25-mj-70856-MAG |
| Bonnie Chu | ) | |
| _Defendant_ | ) | Charging District's Case No. 25-62-BLG-SPW-6 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_ District of Montana.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
  ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/11/25

_Defendant's signature_

_Signature of defendant's attorney_

_Printed name of defendant's attorney_

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 13M | | | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Julia Macias | | | | REPORTER/DIGITAL RECORDING: 11:25AM-11:39AM | | |
| MAGISTRATE JUDGE Peter H. Kang | | DATE 7/15/2025 | | | | NEW CASE ☐ | CASE NUMBER 3:25-mj-70856-MAG | |
| **APPEARANCES** | | | | | | | | |
| DEFENDANT Bonnie Chu | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Ana Botello | | PD. ☒ RET. ☐ APPT. ☐ | |
| U.S. ATTORNEY Maya Karwande | | INTERPRETER | | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Allyse Johnson | | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS / STATUS TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ IA REV PROB. or or S/R | | ☐ OTHER | |
| ☒ DETENTION HRG Held | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | | |
| **ARRAIGNMENT** | | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | | |
| **RELEASE** | | | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ 25,000 | | SPECIAL NOTES | | ☒ PASSPORT SURRENDERED DATE: forthwith | |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☒ RELEASED once USM receives release order | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | | |
| **PLEA** | | | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | | |
| **CONTINUANCE** | | | | | | | | |
| TO: | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☐ TRIAL SET | |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING | | ☐ CHANGE OF PLEA | | ☐ STATUS | |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ ARRAIGNMENT | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | | |

Parties agree to release plan. CRD swears proposed surety and speaks with Court. Court orders defendant released and bond form is executed in Court. Court orders the defendant to appear at PTS office, tomorrow at 12:30pm. The Parties state the defendant has a court date of 8/7/2025 at 09:00am in Federal District Court in Billings, Montana.

DOCUMENT NUMBER: