STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS
CDC 128 B (8-87)

Name: DAVIS, DION                                                    AZ5492

## INMATE REFUSAL

This is to certify that this Inmate refused to participate:

I __DAVIS, DION__         CDCR# __AZ5492__         do not wish to participate in my court appearance

for the following reasons: __I Don't want to go, everyone else is doing zoom if they want me they can meet with me in zoom.__

X_____RTS_____
INMATE SIGNATURE

_____[signature]_____         CCII, J. Soto                         8/13/25
Signature                        Title                                Printed Name/Date

**GENERAL CHRONO**                                                    INST: LAC
Return Chrono to the Board of Prison Terms Desk for Placement into Central File

GOVERNMENT
EXHIBIT
1
CR 25-62-BLG-SPW