JAMES REAVIS
Netzer, Krautter & Brown, P.C.
301 N. 27th St. #100
Billings, MT  59101
Phone: (406) 433-5511
E-mail: james@nkbattorneys.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-62-BLG-SPW |
| Plaintiff, | |
| v. | **MOTION FOR LEAVE TO FILE UNDER SEAL** |
| NATHAN WILNAU, | |
| Defendant. | |

Defendant Nathan Wilnau, through counsel of record James Reavis, respectfully moves this Court for leave to file a sealed document in support of Wilnau's motion to suppress and brief in support (Docs. 93, 94.)

The reason for this motion is that the document contains the search warrant, application, and return that is under scrutiny in the

1

motion to suppress. The material has been marked as sensitive under L.R. CR 16.4. As such, it must be filed under seal.

Under the Court's local rules, a motion for leave to seal is not required when moving to seal 16.4 sensitive material, D. Mont. L.R. CR 49.3(a)(2)(B), however, the PACER electronic system will not accept a lodged document without an accompanying motion to seal.

RESPECTFULLY SUBMITTED this 22nd day of September, 2025.

/s/ James Reavis
James Reavis
Netzer, Krautter & Brown, P.C.
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on September 22, 2025, I electronically filed a true and correct copy of the **MOTION FOR LEAVE TO FILE UNDER SEAL** with the Clerk of the Court for the United States District Court, for the District of Montana, Billings Division using the CM/ECF System.

I certify that service will be accomplished to the following persons and parties on the CM/ECF service list:

<u>1 - 5</u>   CM/ECF
<u>     </u>   U.S. Mail
<u>     </u>   E-Mail

1. United States District Court Clerk

2. Julia Patten
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Ste 3200
   Billings, MT 59101
   *Counsel for the United States*

3. Juli M. Pierce
   Juli Pierce Law, PLLC
   P.O. Box 3221
   Billings, MT 59103
   *Counsel for Christina Hill*

4. Matthew Claus
   Matt Claus Law, PLLC
   301 N. 27th St., Ste. 1
   Billings, MT 59101
   *Counsel for Davious Greenwood-James*

5. Marvin S. McCann
   McCann Law Firm
   P.O. Box 50562
   Billings, MT 59105
   *Counsel for Bonnie Chu*

By: <u>/s/ James Reavis</u><br>
James Reavis<br>
NETZER, KRAUTTER & BROWN, P.C.<br>
*Attorney for Defendant*