MONTANA DEPARTMENT OF JUSTICE

INVESTIGATIVE REPORT

CASE NO.        N2 23-06-07
DATE:           June 16, 2023
CASE AGENT:     Michael Bennett  MB
SUBJECT:        Criminal Possession of Dangerous Drugs w/ Intent to Distribute
LOCATION:       Billings, Yellowstone County, Montana

SUSPECT(S):     Christina Lavon Hill
                DOB:        1982
                BFA
                305 S. 35th Street
                Billings, MT 59101

                Nathan Wilnau
                DOB:        1974
                WMA
                305 S. 35th Street
                Billings, MT 59101

DETAILS:

On June 15, 2023, Montana Division of Criminal Investigation-Region two (MDCI-R2) Agent Michael Bennett met with a Source of Information (SOI) in Billings, Yellowstone County, Montana. The SOI, who is on probation in the State of Montana, has made statements against self-interest by admitting to the previous use and distribution of dangerous drugs such as methamphetamine. The SOI also provided credible information related to drug users and distributors in the Billings, Montana area that Agent Bennett has found to be credible and reliable based on the facts provided and later corroborated by law enforcement sources. It should be noted that the SOI was contacted/investigated by Agent Bennett on June 15, 2023, for possession of dangerous drugs with the intent to distribute.

The SOI provided Agent Bennett with the following information:

As Agent Bennett met with the SOI, the SOI made several comments that "we," meaning law enforcement, were both too late or too early. The SOI stated that a female named Christina Hill, identified as Christina Lavon Hill (DOB:     1982), and a male known to the SOI as Nate, identified as Nathan Wilnau (DOB:     1974), are both involved in a partnership distributing methamphetamine in the Billings, Montana area. The SOI described Hill as the boss and Wilnau

as a "lieutenant" in her organization. The SOI advised Agent Bennett that a large sum of US currency, approximately thirty-five thousand dollars ($35,000.00), had been sent to San Francisco, California on the morning of June 15, 2023, via UPS. The SOI claimed that once the money reached its destination in San Francisco, a package would be sent to Cody, Wyoming where Wilnau would travel to and return to the Billings, Montana area with the package in a red Dodge Durango. The SOI claimed that the package would contain approximately fifty (50) pounds of methamphetamine.

The SOI stated that Hill is originally from the San Francisco area, which Agent Bennett was able to confirm. The SOI also provided a description of the residence where Hill and Wilnau reside. Agent Bennett was able to conduct surveillance on the residence and observed a female, identified as Hill, and a red Dodge Durango parked in front of the residence with a Wyoming registration. Agent Bennett was unable to obtain the Wyoming registration due to Hill standing next to the vehicle. Agent Bennett learned that the residence is 305 South 35th Street, Billings, Montana. Agent Bennett was able to observe text messages on the SOI's phone where Hill had instructed the SOI to have the "fungus" ready. Agent Bennett knows that "fungus" is a slang term used for psilocybin mushrooms. During an authorized State of Montana Probation and Parole Search on June 15, 2023, of the SOI's residence, Agent Bennett seized approximately forty-seven (47) grams of suspected psilocybin mushrooms and approximately eighty to ninety (80-90) grams of suspected methamphetamine. Agent Bennett confirmed the phone number of (406) 861-0238 provided for Hill, as it matched the phone number listed on her public Facebook page. The SOI also provided a phone number of (406) 200-0602 for Wilnau listed in the phone's contact list as "Nate."

During a search of local law enforcement records, Agent Bennett learned that Hill and Wilnau had been involved in a traffic stop together in Yellowstone County, Montana where approximately twelve (12) grams of suspected methamphetamine had been seized along with sixty-nine (69) grams (to include the bottle weight) of suspected liquid methamphetamine.

Agent Bennett reviewed both Hill and Wilnau's criminal history and learned they had been arrested for the following drug related offenses:

Hill has been arrested numerous times, dating back to 1998, for both misdemeanor and felony charges including Possession of Control Substance Paraphernalia, Possession of Controlled Substance, and Possession of Controlled Substance for Sale through 2014 in the State of California. Hill has been arrested in the State of Florida in 2009 for Possession of Drug Paraphernalia, Possession of Cocaine, and Possession of Controlled Substance. Hill has been arrested in the State of Montana, dating back to 2015, for Criminal Possession of Dangerous Drugs and Criminal Possession of Drug Paraphernalia.

Wilnau has been arrested numerous times, dating back to 2002, for both misdemeanor and felony charges including Criminal Possession of Dangerous Drugs, Criminal Possession of Drug Paraphernalia in the State of Montana and Possession of Methamphetamine, Possession of Drug Paraphernalia in the State of Washington.

The SOI also advised Agent Bennett that the SOI has heard Wilnau make statements in the past that he would not go back to prison and that they have witnessed Wilnau in possession of two (2) semi-automatic handguns.

Agent Bennett utilized an open-source search and confirmed that Wilnau's phone number is a Verizon Wireless number.

On June 20, 2023, Agent Bennett discovered through electronic surveillance that Wilnau had left the Billings, Montana area at approximately 0500 hours and arrived in Cody, Wyoming at approximately 0630 hours. At approximately 0830 hours, Agent Bennett conducted surveillance at Wilnau's known residence where the red Dodge Durango had been observed prior and discovered that the vehicle was not at the residence. The residence was checked again at 1100 hours and the Dodge Durango was still not located. Agent Bennett also noticed at this time that a black Cadillac Escalade, which had typically been in the driveway, was also gone from the residence.

Due to the electronic surveillance showing Wilnau to be in Cody, Wyoming, Agent Bennett contacted Wyoming DCI Agents Juliet Fish and Matt Harnisch for assistance in locating the Dodge Durango. Wyoming DCI Agents were able to locate associates of Wilnau and Hill, through Facebook, that are residing in the area of Cody, Wyoming where electronic surveillance consistently showed Wilnau. Agent Fish advised Agent Bennett that the suspect vehicle was located at 2821 Rocky Road Lot 113, Cody, Wyoming, which is the residence of Robert Feketi (DOB: /1970) and Kristin Feketi. Agent Fish was also able to confirm that the red Dodge Durango, bearing Wyoming registration 11-32472, is registered to Robert Feketi. Agent Fish advised Agent Bennett that Robert Feketi is known to law enforcement and is known to be associated with illegal narcotics.

On June 20, 2023, at approximately 2000 hours, Agent Bennett was contacted by Agent Harnisch who stated that during his surveillance of the residence, he observed three (3) unidentified males walk from the residence to a storage shed on the property, carrying a duffle bag. Agent Harnish advised that he observed the males re-appear from the shed and place garbage bags into the back of the red Dodge Durango before returning to the interior of the residence.

On June 21, 2023, Agent Bennett was notified by Agent Harnisch that neither the red Dodge Durango, nor the Dodge Ram that had been at the residence on the evening of June 20, 2023, no longer remained at the residence. Through electronic surveillance, it did not appear that Wilnau's location had changed. Agent Fish was able to provide a cellular phone number of -1197 for Robert Feketi located through law enforcement resources. Agent Bennett used an open-source search and confirmed the phone number is a Verizon Wireless number associated with the name Kristin Watt. Agent Bennett had learned through the investigation that Watt is the maiden name of Kristin Feketi.

On June 22, 2023, Agent Bennett spoke with Agent Harnisch who confirmed that the Dodge Durango was still at the Cody, Wyoming residence. At approximately 1200 hours, Agent Harnisch contacted Agent Bennett and advised him that a UPS package had just been delivered to the Feketi residence. Using law enforcement resources, Agent Harnisch was able to obtain the shipment

information and discovered that the package had been sent from San Francisco, California on June 21, 2023, at approximately 1645 hours and had been shipped through UPS Next Day Air with a UPS tracking number of 1ZW1587V0181045130. Agent Harnisch was also able to advise Agent Bennett that the package weight was listed at fifteen point three zero (15.30) pounds.

At approximately 1520 hours, Agent Bennett discovered through electronic surveillance that Wilnau was moving and traveling north towards Billings, Montana. Agent Bennett again contacted Agent Harnisch who advised that the Durango had not left the Cody, Wyoming residence. MDCI Agents, with the assistance of Montana Highway Patrol (MHP), responded to the area of US HWY 310 and US HWY 212 in Carbon County, Montana to attempt to locate the vehicle that Wilnau may be using for travel.

Agent Bennett located a grey Chevrolet Malibu bearing Wyoming registration 11-32157 whose location was consistent with the most recent location of the electronic surveillance. Agent Bennett was also aware that Cody, Wyoming is located in Park County, Wyoming and that vehicles registered in Park County begin with "11" on their registrations. Agent Bennett believed that there was a high probability that Wilnau would be traveling in a vehicle with a Wyoming registration beginning with "11".

MHP Trooper Erick Fetterhoff conducted an investigative stop on the vehicle for a moving violation, at the request of Agent Bennett. The stop was conducted in the area of US Hwy 212 and Thiel Road in Laurel, Yellowstone County, Montana as the vehicle was traveling northbound towards Interstate 90. Trooper Fetterhoff spoke with the female driver, identified as Danielle Isabell (DOB: 07/16/1988), who stated that she was driving the male who was sitting in the front passenger seat to Billings, Montana from Cody, Wyoming. Isabell stated that she did not know the name of the male and they had never met before today. Through further investigation, it was learned that the male passenger was Wilnau. As Trooper Fetterhoff conducted his investigation, he advised that the male stated that there was enough narcotics in the vehicle to "go to jail."

Based on the totality of the circumstances, Trooper Fetterhoff deployed his K9 partner for a free air sniff of the vehicle who alerted to the presence of the odor of an illegal narcotic.

Agent Bennett asked Isabell, who was not in handcuffs, to sit in the front passenger seat of his state issued vehicle to be interviewed. Agent Bennett sat in the driver's seat and MDCI-R2 Agent Ryan Spraggins sat in the rear passenger side seat. Agent Bennett asked Isabell if she would mind if the conversation was recorded to which she responded, no. Agent Bennett advised Isabell of her Miranda Rights to which she stated that she understood and waived those rights, agreeing to speak with Agents. Isabell advised that earlier in the day on June 22, 2023, she had gone to a friend's residence who she knew as "Daniel" and/or "Bobby." Agent Bennett knows that Feketi's full name is Daniel Robert Feketi and that "Bobby" is a common nickname for a person named "Robert". Isabell advised that she had known him for only a few months and that they had met through a common acquaintance. Isabell advised that Feketi asked her to drive Wilnau to Billings, Montana as a favor, and that the trip had not been pre-planned. Isabell advised that she did not know the location of where she was taking Wilnau once they reached Billings, Montana. Agent Bennett asked Isabell if she and Wilnau had made any stops along the way to Billings, and she stated that they had stopped at the casino located in Bridger, Montana for a short period of time. This stop

was consistent with intelligence gathered during electronic surveillance. Isabell stated that she is a user of methamphetamine and that she has been in trouble with law enforcement in the past for possession of narcotics. Agent Bennett asked Isabell if she was being paid, in either narcotics or money, for providing Wilnau a ride to Billings and she advised that she was only being reimbursed for gas money. The audio recorded interview was uploaded to the electronic case file.

Shortly after concluding the interview, Isabell advised Agent Spraggins that there was a small amount of methamphetamine located in a grey bag belonging to her, but she had no knowledge of any other narcotics in the vehicle.

Agent Bennett next had Wilnau, who was handcuffed in front of his body, sit in the front seat of his state issued vehicle. Agent Bennett sat in the driver's seat and Agent Spraggins sat in the rear passenger side seat. Agent Bennett asked Wilnau if he objected to the conversation being recorded to which Wilnau responded, no. Agent Bennett advised Wilnau of his Miranda Rights to which he stated that he understood, but he was not willing to speak with Agents at that time. Agent Bennett did not ask Wilnau any questions regarding the investigation, and the audio recording was uploaded to the electronic case file.

Based on the totality of the circumstances, Agent Bennett seized the vehicle for further investigation. Agent Bennett provided Isabell with his contact information so that she could regain custody of her vehicle at a later time. Montana Highway Patrol provided Isabell and Wilnau with a courtesy ride into Billings. Hanser's Wrecker Service responded to the scene and towed the vehicle to the Billings DCI office. MHP Trooper John Metcalfe maintained chain-of-custody of the vehicle by following the wrecker as the Chevrolet Malibu was transported to the Billings DCI office.

Agent Bennett applied for and was granted a District Court search warrant for the vehicle described as a 2004 Chevrolet Malibu bearing Wyoming registration 11-32157 and showing a VIN of 1G1ZT548X4F115602 registered to Danielle Isabell.

Agent Bennett was granted the search warrant as the vehicle arrived at the Billings DCI office and the warrant was executed immediately thereafter. Agent Spraggins photographed the vehicle prior to, during, and after the search. Agent Spraggins also photographed anything of evidentiary value located within the vehicle during the search.

During the search, Agent Bennett located a black suitcase on the passenger side of the rear seat and discovered a large quantity of a crystal-like substance, suspected to be methamphetamine contained within several vacuum sealed bags. In the suitcase, Agents also located a small gray cloth bag with a locking mechanism on the zipper. Agents accessed the bag and located suspected heroin and suspected psilocybin mushrooms. Agent Bennett located a black leather jacket in the front passenger seat and found small cloth bags in both the left and right-side interior pockets of the jacket. Within the bags, Agent Bennett located suspected methamphetamine along with drug paraphernalia consistent with smoking and injecting illegal narcotics. On the passenger floorboard, Agent Bennett located a sunglasses case and discovered that it contained suspected methamphetamine and a glass "loker." Lastly, Agent Bennett located a grey cloth bag on the center console and discovered a small amount of suspected methamphetamine, drug paraphernalia, and

debit cards belonging to Isabell. A gold/yellow iPhone belonging to Isabell and a black Samsung cellular phone belonging to Wilnau were also seized from the vehicle. The iPhone was placed into airplane mode, and the SIM card was removed from the Samsung in order to preserve any evidence that may be stored on the mobile devices. All evidence seized from the vehicle was placed into the DCI evidence room to be processed at a later date.

Hanser's Wrecker Service was contacted, and the vehicle was released back to the tow company. Agent Bennett notified Isabell that she would be able to regain custody of her vehicle from Hanser's Wrecker Service.

Agent Bennett was contacted by Agent Harnisch who advised that they had executed a search warrant on the Feketi residence and recovered approximately one (1) pound of methamphetamine and the packaging materials from the UPS delivery suspected of containing the methamphetamine. Evidence seized during the residential search warrant is in the custody of Wyoming DCI.

On June 23, 2023, Agent Bennett applied for and was granted a District Court search warrant for the cellular phones belonging to Isabell and Wilnau.

The following items were processed by Agent Bennett and placed into the MDCI-R2 secured evidence room:

Item #1: Three point eight-nine (3.89) pounds of suspected methamphetamine.

Item #2: Three point one-five (3.15) pounds of suspected methamphetamine.

Item #3: Three point one-five (3.15) pounds of suspected methamphetamine.

Item #4: Forty-seven (47) grams of suspected methamphetamine.

Item #5: Sixteen (16) grams of suspected methamphetamine.

Item #6: Black bag # 1, two (2) scales, baggies, and one (1) white pill.

Item #7: Black bag # 2, five point one (5.1) grams of suspected heroin, three (3) grams of suspected methamphetamine, one (1) white pill, and syringe with unknown liquid

Item #8: Grey locking bag, miscellaneous drug paraphernalia, and gallon ziplock bags with methamphetamine residue.

Item #9: Glass pipe with residue.

Item #10: Nineteen point four (19.4) grams of suspected psilocybin mushrooms.

Item #11: One point eight (1.8) grams of suspected methamphetamine, glass pipe, and plastic container.

N2230607.INV

Item #12: Gold/Yellow iPhone cellular phone belonging to Isabell.

Item #13: Black Samsung cellular phone belonging to Wilnau.

The investigation continues.