Juli M. Pierce
LP LAW PC
301 N. 27th St., Suite 301
Billings, MT 59101
Telephone: (406) 451-0118
Email: juli@lplawpc.com

Attorney for Ms. Hill

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINA LAVON HILL, NATHAN WILNAU, DION ANDRE DAVIS II, DAVIOUS ARJHAN GREENWOOD-JAMES, TYLER CHRISTOPHER TAINTER-GALLON, and BONNIE CHU,<br><br>Defendants. | Case No. CR-25-062-BLG-SPW-01<br><br>**DEFENDANT CHRISTINA LAVON HILL'S UNOPPOSED MOTION TO VACATE DETENTION HEARING AND SET CHANGE OF PLEA HEARING** |

Defendant Christina Lavon Hill, by and through her counsel of record Juli M. Pierce, moves to continue the detention hearing currently set in this matter for November 20, 2025, at 9:00 a.m. because Ms. Hill wishes to withdraw her motion for detention hearing at this time and respectfully requests this Court set this matter for a change of plea hearing. Trial is currently set for January 20, 2026, but Ms. Hill

currently wishes to proceed in changing her plea.

Counsel respectfully requests the Court not vacate the current trial date of January 20, 2026, for Ms. Hill until Ms. Hill changes her plea. Ms. Hill is currently in the custody of the U.S. Marshal's Office at the Yellowstone County Detention Facility (YCDF).

Counsel contacted Julie Patten, Assistant United States Attorney, and she does not object to this motion.

For the Court's reference, the undersigned will be **available** for a change of plea hearing on the following dates: December 1 in the morning, December 4 in the morning, December 5 in the afternoon, December 10 in the morning, and December 19, 2025, before 3 p.m.

RESPECTFULLY SUBMITTED this 19th day of November 2025.

                                          LP LAW PC

                           By   */s/ Juli M. Pierce*
                                          JULI M. PIERCE
                                          Attorney for Ms. Hill

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2025, copy of the foregoing document was served on the following persons electronically through CM-ECF:

Clerk, United States District Court

Julie Patten
Assistant United States Attorney
2601 2nd Avenue North, Ste. 3200
Billings, MT 59101
Counsel for the United States

I hereby certify that a copy will be dropped off to Christina Hill at the YCDF in Billings, Montana, by November 20, 2025.

By   */s/ Juli M. Pierce*
     JULI M. PIERCE
     Attorney for Ms. Hill